### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Stephen J. BANIK, Respondent.

### No. 789 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 27, 2002, it is hereby

ORDERED that STEPHEN J. BANIK be subjected to Public Censure by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

### In the Matter of Robert E. CAREY

### No. 784 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 17, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2002, Robert E. Carey having been disbarred from the practice of law in the State of Delaware by Order of the Supreme Court of the State of Delaware dated July 16, 2002; the said Robert E. Carey having been directed on October 16, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Robert E. Carey is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.